UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V. REED,

           Plaintiff,

   v.

DEPARTMENT OF CORRECTIONS, et al.,

           Defendants.

CASE NO. 3:16-cv-05993-BHS-DWC

ORDER FOR SUPPLEMENTAL BRIEFING

Plaintiff Charles V. Reed, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action. This Court entered a Report and Recommendation recommending Defendants' Motion for Summary Judgment be granted. Dkt. 57. The Honorable Benjamin H. Settle declined to adopt the Report and Recommendation. Dkt. 62. The District Court re-referred this case to the undersigned magistrate judge for further proceedings, explaining the District Court still had concerns about whether Plaintiff's treatment was delayed due to a balancing of financial concerns and medical need, and whether Defendants' triage protocol provided care in

compliance with the Eight Amendment. *Id*. Judge Settle also ordered that counsel be appointed for Plaintiff (Dkt. 63), and Plaintiff's Counsel has now entered a notice of appearance (Dkt. 64).

Therefore, it is ORDERED:

1) In light of Judge Settle's Order, Defendants are directed to file supplemental briefing addressing whether Defendants had actual financial constraints that prohibited them from treating Plaintiff, whether the Department of Corrections' ("DOC") treatment policy adequately accounts for individualized medical need, whether DOC's triage protocol adequately monitored Plaintiff before he received full treatment, and any other issue raised in Judge Settle's Order.

2) The Court notes that its Report and Recommendation (Dkt. 57) did not include determinations regarding personal participation, exhaustion, entitlement to injunctive relief, or qualified immunity. As Plaintiff's counsel has not had an opportunity to provide briefing on these issues, Plaintiff may provide briefing on these issues in his supplemental briefing.

3) Defendants shall file supplemental briefing on or before May 18, 2018.

4) Plaintiff may file a supplemental response on or before June 4, 2018.

5) Defendants may file a reply on or before June 8, 2018.

//

//

//

//

//

6) The Clerk is directed to renote Defendants' Motion for Summary Judgment (Dkt. 40) to June 8, 2018.

Dated this 30th day of April, 2018.

David W. Christel
United States Magistrate Judge