UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES V. REED,

                    Plaintiff,

        v.

G. STEVEN HAMMOND, et al.,

                    Defendants.

CASE NO. 3:16-CV-5993-BHS-DWC

ORDER

        The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. On September 9, 2020, Defendants filed a Third Motion for Summary Judgment. Dkt. 160. Defendants' Third Motion for Summary Judgment is currently noted for the Court's consideration on October 2, 2020. *See id.*

        On September 15, 2020, a related case, *Reed v. Kariko, et al.,* 3:20-cv-05580-BHS-DWC (hereinafter "*Reed II*"), was reassigned to the Honorable Benjamin H. Settle and referred to the undersigned magistrate judge. *See Reed II* at Dkt. 11; docket entry dated September 29, 2020. Currently pending in *Reed II* is Plaintiff's Motion to Reassign Case and Join Claims with this

1  action. *See Reed II* at Dkt. 10. Plaintiff's Motion is currently noted for November 6, 2020. *See*

2  Dkt. 12.

3       The Court's ruling on Plaintiff's Motion may impact how the Court rules on Defendants'

4  Third Motion for Summary Judgment. Therefore, the Court directs the Clerk to re-note

5  Defendants' Third Motion for Summary Judgment (Dkt. 160) for December 6, 2020.

6       Dated this 5th day of October, 2020.

7

8                                          David W. Christel
                                           United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24