HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES REED,

Plaintiff,

v.

STEVEN HAMMOND, *et al.*,

Defendants.

No.: 3:16-cv-05993-BHS-DWC

**STIPULATED MOTION AND AGREED ORDER FOR LIMITED REOPENING OF DISCOVERY**

## I.     STIPULATED MOTION

The parties stipulate and agree to a limited reopening of discovery for the purpose of exchanging Plaintiff Charles Reed's medical records from the Department of Corrections preceding his release in 2023 that have not already been produced, as well as his medical records from the Veteran's Association Hospital where he has been seeking care since his release. All documents are to be timely exchanged following this Stipulation being granted by the Court. The parties further stipulate and agree that the documents exchanged may be provided to their witnesses designated as experts for the purposes of supplementing any expert report, the supplement of which must be exchanged no later than October 4, 2024. The parties further stipulate and agree that should this exchange of information and supplemented reports not be reasonably possible prior to October 4, 2024, that the parties will promptly request the Court for a short trial continuance.

STIPULATION AND ORDER FOR LIMITED
REOPENING OF DISCOVERY
(NO.: 3:16-CV-05993-BHS-DWC - 1

1        DATED this 6th day of September, 2024

2  K&L GATES LLP               ROBERT W. FERGUSON

3                                        Office of the Attorney General for the State of

By: *s/ Monica A. Romero*           Washington

4  Monica A. Romero, WSBA No. 58376
Peter A. Talevich, WSBA No. 42644     By: *s/ Scott M. Barbara*

5  Tyler K. Lichter, WSBA No. 51090      Scott M. Barbara, WSBA No. 20885
Emaan R. Jaberi, WSBA No. 56990      Aaron Williams, WSBA No. 46044

6  monica.romero@klgates.com         Assistant Attorneys General
peter.talevich@klgates.com          scott.barbara@atg.wa.gov

7  tyler.lichter@klgates.com           aaron.williams@atg.wa.gov
emaan.jaberi@klgates.com

8                                       *Attorneys for Defendants*

9  *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR LIMITED
REOPENING OF DISCOVERY
(NO.: 3:16-CV-05993-BHS-DWC - 2

**K&L GATES LLP**
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1

## II.    ORDER

2        Pursuant to the Parties' stipulation, it is so ordered.

3

4        DATED this 6th day of September, 2024.

5

6

7        BENJAMIN H. SETTLE
         United States District Judge

8

9        STIPULATED AND PRESENTED this 6th day of September, 2024, by:

10

11   K&L GATES LLP                          ROBERT W. FERGUSON
                                            Office of the Attorney General for the State of
12   By: *s/ Monica A. Romero*              Washington
     Monica A. Romero, WSBA No. 58376
13   Peter A. Talevich, WSBA No. 42644
     Tyler K. Lichter, WSBA No. 51090       By: *s/ Scott M. Barbara*
14   Emaan R. Jaberi, WSBA No. 56990        Scott M. Barbara, WSBA No. 20885
                                            Aaron Williams, WSBA No. 46044
15   monica.romero@klgates.com              Assistant Attorneys General
     peter.talevich@klgates.com             scott.barbara@atg.wa.gov
16   tyler.lichter@klgates.com              aaron.williams@atg.wa.gov
     emaan.jaberi@klgates.com
17
                                            *Attorneys for Defendants*
18   *Attorneys for Plaintiff*

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR LIMITED
REOPENING OF DISCOVERY
(NO.: 3:16-CV-05993-BHS-DWC - 3

1

## **CERTIFICATE OF SERVICE**

2     I hereby certify that on September 6, 2024, I electronically filed the foregoing document

3 with the Clerk of the Court using the CM/ECF system, which will send notice to all parties and

4 counsel of record.

5

6     Dated at Seattle, Washington, on September 6, 2024.

7                                             *s/ Monica A. Romero*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER FOR LIMITED
REOPENING OF DISCOVERY
(NO.: 3:16-CV-05993-BHS-DWC - 4