HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES REED,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STEVEN HAMMOND, et al.,<br><br>　　　　　　　Defendants. | No. 3:16-CV-05993-BHS<br><br>**STIPULATED MOTION TO CONTINUE TRIAL DATE AND REMAINING CASE DEADLINES WITH PROPOSED ORDER**<br><br>**NOTE FOR HEARING: OCTOBER 11, 2024** |

**I. STIPULATED MOTION**

This Court issued an Order Setting Jury Trial to begin November 4, 2024, and Pretrial Dates. Dkt. # 217. On October 10, 2024, the Parties engaged in a full-day mediation with Mr. Steve Festor, a mediator appointed through the Court's Pro Bono Mediation Program. While the Parties did not reach settlement on October 10, the Parties believe that they are close to resolving the case and that a continuance in the trial date and remaining case deadlines will allow for time to explore that resolution opportunity. The Parties have conferred on their availability for trial dates. The parties, therefore, stipulate to extend the trial date in this matter to February 4, 2024.

For the foregoing reasons, the parties jointly request relief from the current November 4, 2024, trial date and remaining court deadlines. The Parties ask that the Court set a date for trial in

STIPULATION MOTION TO CONTINUE TRIAL
DATE AND REMAINING CASE DEADLINES -
NO.: 3:16-CV-05993-BHS

1

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  this matter to begin February 4, 2024, and continue the remaining case deadlines and renote the
2  pending motions in limine.
3
4       DATED this 11th day of October, 2024.
5
   K&L GATES LLP                                ROBERT W. FERGUSON
6                                               Office of the Attorney General for the State of
   By: *s/ Monica A. Romero*                    Washington
7  Monica A. Romero, WSBA No. 58376
   Peter A. Talevich, WSBA No. 42644            By: *s/ Aaron Williams*
8  Tyler K. Lichter, WSBA No. 51090             Scott M. Barbara, WSBA No. 20885
   Emaan R. Jaberi, WSBA No. 56990              Aaron Williams, WSBA No. 46044
9  monica.romero@klgates.com                    Assistant Attorneys General
   peter.talevich@klgates.com                   scott.barbara@atg.wa.gov
10 tyler.lichter@klgates.com                    aaron.williams@atg.wa.gov
   emaan.jaberi@klgates.com
11                                              *Attorneys for Defendants*
12 *Attorneys for Plaintiff*
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION MOTION TO CONTINUE TRIAL
DATE AND REMAINING CASE DEADLINES -
NO.: 3:16-CV-05993-BHS
                    2

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

## II. ORDER

Pursuant to the Parties' stipulation, it is so ordered. The trial date currently set for November 4, 2024, and the remaining case deadlines are to be continued. The pending motions in limine are to be renoted.

DATED this 11th day of October, 2024.

BENJAMIN H. SETTLE
UNITED STATES DISTRICT COURT JUDGE

STIPULATED AND PRESENTED this 11th day of October, 2024, by:

| K&L GATES LLP | ROBERT W. FERGUSON |
|---|---|
| | Office of the Attorney General for the State of Washington |
| By: *s/ Monica A. Romero* | |
| Monica A. Romero, WSBA No. 58376 | |
| Peter A. Talevich, WSBA No. 42644 | By: *s/ Aaron Williams* |
| Tyler K. Lichter, WSBA No. 51090 | Scott M. Barbara, WSBA No. 20885 |
| Emaan R. Jaberi, WSBA No. 56990 | Aaron Williams, WSBA No. 46044 |
| monica.romero@klgates.com | Assistant Attorneys General |
| peter.talevich@klgates.com | scott.barbara@atg.wa.gov |
| tyler.lichter@klgates.com | aaron.williams@atg.wa.gov |
| emaan.jaberi@klgates.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

STIPULATION MOTION TO CONTINUE TRIAL DATE AND REMAINING CASE DEADLINES - NO.: 3:16-CV-05993-BHS

3

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

## CERTIFICATE OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on the 11th day of October, 2024, I served a true and correct copy of the foregoing document on the following persons in the manner indicated below:

| | |
|---|---|
| Scott M. Barbara<br>Aaron Williams<br>OFFICE OF THE WASHINGTON<br>ATTORNEY GENERAL<br>800 Fifth Avenue, Suite 200<br>Seattle, WA 98104<br>scott.barbara@atg.wa.gov<br>aaron.williams@atg.wa.gov | ☒ via ECF<br>☐ via U.S. Mail<br>☐ via Email<br>☐ via Facsimile<br>☐ via Messenger<br>☐ via Overnight Delivery |

DATED this 11th day of October, 2024.

/s/ Monica A. Romero

STIPULATION MOTION TO CONTINUE TRIAL DATE AND REMAINING CASE DEADLINES -
NO.: 3:16-CV-05993-BHS

4

**K&L GATES LLP**
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022